# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146321

CHERYL K. STREET, Personal Representative
of the Estate of JEANETTE HUTCHINGS,
   Plaintiff-Appellee,

v

TAMMY GLEESON, D.O.,
   Defendant-Appellant,

and

ABEDELKARIM KHALIL ABUSHMAIES,
M.D. and VHC, P.C., d/b/a VASCULAR
HEALTH CENTER,
   Defendants-Appellees.
_____/

SC: 146321
COA: 306162
Calhoun CC: 2010-002336-NH

  On order of the Court, the application for leave to appeal the October 30, 2012 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REINSTATE the order of the Calhoun Circuit Court dismissing the complaint. Contrary to the Court of Appeals opinion, the trial court did consider the factors listed in *Vicencio v Ramirez*, 211 Mich App 501 (1995), and the plaintiff's failure to comply with discovery requests in the 2008 case was relevant to the court's decision under factor 2. When all of the facts of this case are considered, the trial court's decision was within the range of principled outcomes.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2013



Clerk

d0529